**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LIGHTHOUSE RESCUE MISSION** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 3:15-cv-02787-N** |
| **vs.** | § | |
| | § | **JURY** |
| **NORTHFIELD INSURANCE COMPANY** | § | |
| | § | |
| **Defendant.** | § | |

**STIPULATION OF DISMISSAL**

Plaintiff Lighthouse Rescue Mission ("Plaintiff") and Defendant Northfield Insurance Company ("Defendant") file this Stipulation of Dismissal:

1.       Plaintiff and Defendant have resolved all disputes between them and hereby stipulate that this civil action, including all claims and causes of action which were asserted by Plaintiff against Defendant should be dismissed with prejudice, with costs borne by the party incurring same.

2.       The parties hereto are, along with the filing of this Stipulation, submitting a proposed Agreed Order of Dismissal With Prejudice to the Court for entry.

Respectfully submitted,

*/s/       Jonathan C. Lisenby*
MATTHEW R. PEARSON
Texas Bar No. 00788173
JONATHAN C. LISENBY
Texas Bar No. 24072889
**GRAVELY & PEARSON, L.L.P.**
425 Soledad, Suite 600
San Antonio, Texas 78205
(210) 472-1111 (Telephone)
(210) 472-1110 (Facsimile)
mpearson@gplawfirm.com
jlisenby@gplawfirm.com


**ATTORNEYS FOR PLAINTIFF**


*/s/       Alissa Puckett*
WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
apuckett@qslwm.com


**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the foregoing instrument has been furnished to counsel of record via ECF and/or via certified mail, return receipt requested, this 4th day of January 2016:

Matthew R. Pearson
Jonathan C. Lisenby
GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, Texas 78205
(210) 472-1110 (Fax)
mpearson@gplawfirm.com
jlisenby@gplawfirm.com

/s/ Alissa Puckett
Wm. Lance Lewis /Alissa Puckett